

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00039-CV

**IN THE INTEREST OF J.E.G.**, B.M.A. Jr., and A.G.A., Children

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-PA-00239
Honorable Charles E. Montemayor, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE WATKINS, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the opinion and judgment issued by this court on May 25, 2022 are WITHDRAWN. The trial court's Order of Termination is AFFIRMED. Because appellant is indigent, no costs of this appeal are assessed against appellant.

SIGNED August 10, 2022.

_____
Lori I. Valenzuela, Justice